UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID LEWIS,

            Plaintiff,

   v.

JOSEPH LEHMAN,

            Defendant.

No. C05-5386RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter is before the court on the Plaintiff's appeal of Judge Arnold's Order denying various motions [Dkt. #7] and the Report and Recommendation of Magistrate Judge J. Kelley Arnold [Dkt. # 8]. Plaintiff's Motion for Reconsideration/Appeal of the Magistrate Judge's Order denying consolidation and appointment of counsel is DENIED. The Magistrate Judge's Report and Recommendation gave the Plaintiff until July 29th 2005 to file an amended Complaint addressing the deficiencies in his initial complaint. Plaintiff failed to do so, instead waiting until August 26, 2005 to even attempt to file such an amended complaint. The Court ADOPTS the Report and Recommendation and this matter is DISMISSED WITHOUT PREJUDICE.

      DATED this 3rd day of October, 2005.

                              /s/ Ronald B. Leighton
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER       1